IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT MARTIN**                                                                **PLAINTIFF**

V.                                         **5:09CV00018 JMM**

**AGRICULTURAL PRODUCTIVITY**
**d/b/a AG PRO OF DEWITT, ARKANSAS, et al**                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on September 2, 2009, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of September, 2009.

_____
James M. Moody
United States District Judge